DAVID R. ZARO (BAR NO. 124334)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        thsu@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Plaintiff
WILLIAM J. HOFFMAN, Receiver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates,<br><br>          Plaintiff,<br><br>     v.<br><br>MARVIN TARNOL, individually and as Trustee of the MARVIN TARNOL AND LAURIE TARNOL SECOND AMENDED INTERVIVOS TRUST DATED NOVEMBER 4, 1997; LAURIE TARNOL, individually and as Trustee of the MARVIN TARNOL AND LAURIE TARNOL SECOND AMENDED INTERVIVOS TRUST AGREEMENT DATED NOVEMBER 4, 1997,<br><br>          Defendants. | Case No. 2:15-cv-5755-SJO-FFM<br><br>FINAL JUDGMENT IN FAVOR OF RECEIVER WILLIAM J. HOFFMAN ON HIS MOTION FOR SUMMARY JUDGMENT<br><br>Ctrm:  1 - 2nd Floor<br>Judge: Hon. S. James Otero |

# FINAL JUDGMENT

The Court, having considered the Motion for Summary Judgment ("Motion") filed on August 15, 2016, by Plaintiff William J. Hoffman ("Receiver"), Court-appointed receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates, all papers in support of and in opposition thereto, and good cause appearing therefor as explained in the reasons set forth in the Order Granting Receiver's Motion for Summary Judgment entered on September 21, 2016 (Dkt. No. 68), hereby ORDERS, ADJUDGES, AND DECREES as follows:

1. The Receiver's Motion is granted in its entirety;

2. Final Judgment is entered in favor of the Receiver and against: (a) Marvin Tarnol, individually and as Trustee of the Marvin Tarnol and Laurie Tarnol Second Amended Intervivos Trust Agreement Dated November 4, 1997, and (b) Laurie Tarnol, individually and as Trustee of the Marvin Tarnol and Laurie Tarnol Second Amended Intervivos Trust Agreement Dated November 4, 1997, jointly and severally, in the amount of $1,456,716; and

3. Interest to accrue on judgment pursuant to 28 U.S.C. § 1961.

Dated: September 23, 2016

*S. James Otero*

Hon. S. James Otero,
United States District Judge