WHEN RECORDED MAIL TO:
Tim C. Hsu
ALLEN MATKINS LECK GAMBLE MALLORY &
NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, CA 90071-3309
Tel: (213) 622-5555
Email: thsu@allenmatkins.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver et al.<br><br>　　　　　　　　　　PLAINTIFF(S),<br>　　v.<br><br>MARVIN TARNOL, individually and as Trustee of the MARVIN TARNOL AND LAURIE TARNOL et al.<br>　　　　　　　　　　DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:15-CV-5755-SJO-(FFMx)<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on **September 26, 2016**
in favor of **William J. Hoffman, Court-Appointed Permanent Receiver**
whose address is **c/o Allen Matkins et al., 865 South Figueroa Street, 28th Floor, Los Angeles, CA 90017**
and against **Marvin Tarnol, individually and as Trustee of the Marvin Tarnol and Laurie Tarnol Second Amended Intervivos Trust dated November 4, 1997**
whose last known address is **16133 Ventura Boulevard, Penthouse F, Encino, CA 91436**
for $ **1,456,716.00** Principal, $ **0.00** Interest, $ **0.00** Costs,
and $ **0.00** Attorney Fees.

ATTESTED this **6** day of **October**, 20**16**
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number; **8750** (last 4 digits) ☐ Unknown.
☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Marvin Tarnol
c/o Ralph C. Loeb
16255 Ventura Blvd., Ste. 600
Encino, CA 91436

CLERK, U.S. DISTRICT COURT

By _____
　　Deputy Clerk

1149

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)　　　　　　　　　ABSTRACT OF JUDGMENT/ORDER　　　