1  Marc Smith (#72717)
   Email: msmith@kranesmith.com
2  Ralph C. Loeb (#124773)
   Email: ralph@kranesmith.com
3  **KRANE & SMITH, APC**
   16255 Ventura Boulevard, Suite 600
4  Encino, CA 91436
   Tel:  (818) 382-4000
5  Fax: (818) 382-4001

6  Attorneys for Defendants MARVIN TARNOL and LAURIE TARNOL, individuals,
   and MARVIN TARNOL and LAURIE TARNOL as trustees of the MARVIN TARNOL
7  AND LAURIE TARNOL INTERVIVOS TRUST

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  WILLIAM J. HOFFMAN, Court-        CASE NO. 2:15-cv-5755 SJO-FFM
    appointed permanent receiver for
12  Defendant Nationwide Automated    [Before the Hon. S. James Otero]
    Systems, Inc., ("NASI"), Relief
13  Defendants Oasis Studio Rentals,  **NOTICE OF APPEAL AND**
    LLC, Oasis Studio Rentals #2,     **REPRESENTATION STATEMENT**
14  LLC, and Oasis Studio Rentals #3,
    LLC, ("Relief Defendants") and
15  their subsidiaries and affiliates,

16                    Plaintiff,
    vs.
17
    MARVIN TARNOL, individually
18  and as Trustee of the MARVIN
    TARNOL AND LAURIE
19  TARNOL SECOND AMENDED
    INTERVIVOS TRUST DATED
20  NOVEMBER 4, 1997; LAURIE
    TARNOL, individually and as
21  Trustee of the MARVIN TARNOL
    AND LAURIE TARNOL
22  SECOND AMENDED
    INTERVIVOS TRUST
23  AGREEMENT DATED
    NOVEMBER 4, 1997,
24
                      Defendants.
25

26

27

28  S:\TARNOL_MARVIN\APPEAL FOLDER\NOT OF APPEAL & REP STMNT.01.wpd     1

                    NOTICE OF APPEAL AND REPRESENTATION STATEMENT

1        Notice is hereby given that Defendants Marvin Tarnol, individually and as

2    trustee of the Marvin Tarnol and Laurie Tarnol Intervivos Trust, and Laurie Tarnol,

3    individually and as trustee of the Marvin Tarnol and Laurie Tarnol Intervivos

4    Trust, (collectively, "Defendants") hereby appeal in the above-named case to the

5    United States Court of Appeals for the Ninth Circuit from the September 26, 2016

6    Final Judgment In Favor of Receiver William J. Hoffman on His Motion for

7    Summary Judgment (Dkt. No. 70, attached as Exhibit "1") ("Final Judgment"), as

8    well as from the September 21, 2016 Order Granting Receiver's Motion for

9    Summary Judgment on which the Final Judgment rests (Dkt. No. 68), and any other

10   orders or rulings which produced the Final Judgment

11

12   DATED: October 21, 2016        KRANE & SMITH, APC

13

14                             By:_____

15                                 MARC SMITH

                              RALPH C. LOEB

16                           Attorneys for Defendants MARVIN TARNOL

                        and LAURIE TARNOL, individuals, and

17                           MARVIN TARNOL and LAURIE TARNOL as

                        trustees of the MARVIN TARNOL AND

18                           LAURIE TARNOL INTERVIVOS TRUST

19

20

21

22

23

24

25

26

27

28   S:\TARNOL_MARVIN\APPEAL FOLDER\NOT OF APPEAL & REP STMNT.01.wpd       2

**REPRESENTATION STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Defendants Marvin Tarnol, individually and as trustee of the Marvin Tarnol and Laurie Tarnol Intervivos Trust, and Laurie Tarnol, individually and as trustee of the Marvin Tarnol and Laurie Tarnol Intervivos Trust, (collectively, "Defendants") state that the parties to this matter are represented by the following counsel whose names, addresses, telephone numbers, facsimile numbers, and e-mail addresses are set forth below.

Defendants are represented by:

> Marc Smith
> Ralph C. Loeb
> KRANE & SMITH, APC
> 16255 Ventura Boulevard, Suite 600
> Encino, CA  91436
> Telephone: (818) 382-4000
> Facsimile: (818) 382-4001
> Email: msmith@kranesmith.com
> Email: ralph@kranesmith.com

Plaintiff William J. Hoffman, court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates, ("Plaintiff" or "Receiver") is represented by:

> David R. Zaro
> Tim C. Hsu
> ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
> 865 South Figueroa Street, Suite 2800
> Los Angeles, CA 90017-2543
> Telephone: (213) 622-5555
> Facsimile: (213) 620-8816
> Email: dzaro@allenmatkins.com

1    Email: thsu@allenmatkins.com

2

3    Edward G Fates
     ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
4    501 West Broadway 15th Floor
     San Diego, CA 92101
5    Telephone: 619-233-1155
     Facsimile: 619-233-1158
6    Email: tfates@allenmatkins.com

7

8    DATED: October 21, 2016          KRANE & SMITH, APC

9

10                                    By:_____
11                                           MARC SMITH
                                             RALPH C. LOEB
12                                    Attorneys for Defendants MARVIN
                                      TARNOL and LAURIE TARNOL,
13                                    individuals, and MARVIN TARNOL and
                                      LAURIE TARNOL as trustees of the
14                                    MARVIN TARNOL AND LAURIE
                                      TARNOL INTERVIVOS TRUST
15

16

17

18

19

20

21

22

23

24

25

26

27

28   S:\TARNOL_MARVIN\APPEAL FOLDER\NOT OF APPEAL & REP STMNT.01.wpd          4

## CERTIFICATE OF SERVICE

WILLIAM J. HOFFMAN, Court- appointed permanent receiver for Defendant Nationwide Automated Systems, Inc., Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates

vs.

MARVIN TARNOL, LAURIE TARNOL, and LMKT CORPORATION, a California corporation

U.S. District Court, Central District of California
Case No. 2:15-cv-5755 SJO-FFM

I hereby certify that a true and correct copy of the foregoing was served on all counsel registered to receive a Notice of Electronic Filing by electronically serving the document via the United States District Court Electronic Case filing website (CM/ECF notification system) for this case on this 21th day of OCTOBER, 2016.

/s/     Ralph C. Loeb
Ralph C. Loeb

S:\TARNOL_MARVIN\APPEAL FOLDER\NOT OF APPEAL & REP STMNT.01.wpd

5