# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM J. HOFFMAN, | ) | No. CV 15-5755 SJO (FFMx) |
| Plaintiff, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| MARVIN TARNOL, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Motion for Imposition of Lien, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The parties have not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

An order regarding the real property located at 5014 Gloria Avenue, Encino, California (APN: 2261-013-018) shall be entered in accordance with the findings, conclusions, and recommendations of the Magistrate Judge:

IT IS SO ORDERED.

DATED: October 18, 2017.

S. JAMES OTERO
United States District Judge